# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE GILLETTE COMPANY LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>   v.<br><br>DZMITRY KITSENKA, an individual; MARYIA KITSENKA, an individual; an individual or entity doing business as A_2_Z STORE; an individual or entity doing business as KIRMANLLC; an individual or entity doing business as IED STORE LLC; an individual or entity doing business as MARYBY; an individual or entity doing business as MEGASTORBY; an individual or entity doing business as M3 TURBO; an individual or entity doing business as BEST-FBA-STORE; an individual or entity doing business as MARMUR; and DOES 1-10,<br><br>                Defendants. | No. 2:22-cv-01574-RSL<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND TIME TO SERVE COMPLAINT** |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and the Gillette Company LLC's (together, "Plaintiffs") Motion to Extend Deadline to Serve Complaint (the "Motion"). The Court has considered Plaintiffs' Motion, supporting declaration, and the governing law. Accordingly, it is hereby ORDERED:

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION TO EXTEND TIME TO SERVE COMPLAINT - 1
(2:22-cv-01574-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1     Plaintiffs' Motion to Extend Time to Serve Complaint is **GRANTED** as follows.

2     Plaintiffs' deadline to serve Defendants with the Complaint and Summonses is extended

3 by 120 days, to June 2, 2023.

4

5     Dated this 10th day of February, 2023.

6

7                               ROBERT S. LASNIK
                                 UNITED STATES DISTRICT JUDGE

8

9 Presented by:

10 DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

11
*s/ Scott R. Commerson*
12 Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
13 Los Angeles, CA 90017-2566
Tel: (213) 633-6800
14 Fax: (213) 633-6899
Email: scottcommerson@dwt.com
15
*s/ Lauren Rainwater*
16 Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
17 Seattle, WA 98104-1604
Tel: (206) 622-3150
18 Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION TO EXTEND TIME TO SERVE COMPLAINT - 2
(2:22-cv-01574-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax