UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DZMITRY KITSENKA, et al., <br><br> Defendants. | NO. C22-1574RSL <br><br> ORDER OF REFERRAL |

The Court issues this Order sua sponte and in response to In re Amazon Counterfeit Enforcement Litigation, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

The clerk is ordered to provide copies of this order to all counsel.

DATED this 2nd day of May, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF REFERRAL