1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., *et al.*,

               Plaintiffs,

   v.

DZMITRY KITSENKA, *et al.*,

               Defendants.

Case No. C22-1574-RSL-MLP

ORDER GRANTING PLAINTIFFS'
EX PARTE MOTION TO EXTEND
TIME TO SERVE COMPLAINT

       This matter came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com

Services LLC's, and the Gillette Company LLC's (together, "Plaintiffs") Motion to Extend

Deadline to Serve Complaint (the "Motion"). (Dkt. # 27.) The Court finds good cause to grant an

extension to serve the remaining Defendants. On May 22, 2023, this Court granted Plaintiffs' ex

parte motion to expedite discovery. Plaintiffs now state that they cannot reasonably complete

expedited discovery and serve the Defendants between May 22, 2023, and June 2, 2023.

Moreover, Plaintiffs indicate that the discovery received thus far shows the remaining defendants

are "likely located overseas[.]" (Mot. at 5.) Under Federal Rule of Civil Procedure 4(m), the

requirement to serve a defendant within 90 days of filing a complaint does not apply to

defendants located outside of the United States. Fed. R. Civ. P. 4(m).

ORDER GRANTING PLAINTIFFS' EX PARTE
MOTION TO EXTEND TIME TO SERVE
COMPLAINT - 1

1    Accordingly, it is hereby ORDERED that Plaintiffs' Motion to Extend Time to Serve

2  Complaint (dkt. # 27) is GRANTED. Plaintiffs' deadline to serve Defendants with the Complaint

3  and Summonses is extended by four (4) months, to **October 2, 2023**.

4    Dated this 8th day of June, 2023.

5

6                                            MICHELLE L. PETERSON
                                              United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING PLAINTIFFS' EX PARTE
MOTION TO EXTEND TIME TO SERVE
COMPLAINT - 2