UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., *et al.*,

        Plaintiffs,

   v.

DZMITRY KITSENKA, *et al.*,

        Defendants.

Case No. C22-1574-RSL-MLP

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      On May 2, 2023, the Honorable Robert S. Lasnik referred "all issues related to service of Defendants" to Judge Peterson. (Dkt. # 22.) Plaintiffs have now served all Defendants named in their amended complaint. (*See* dkt. ## 13-16, 37.) Plaintiffs are ORDERED to submit a status report by **December 15, 2023**, addressing whether Plaintiffs anticipate any remaining issues related to service or identifying any additional Doe defendants.

     Dated this 8th day of December, 2023.

                                                  Ravi Subramanian
                                                  Clerk of Court

                                                  By: Tim Farrell
                                                      Deputy Clerk

MINUTE ORDER - 1