UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al*.,<br><br>    Plaintiffs,<br><br> v.<br><br>DZMITRY KITSENKA, *et al*.,<br><br>    Defendants. | No. 2:22-cv-01574-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

THIS MATTER came before the Court on plaintiffs' motion to file an over-length motion for default judgment and permanent injunction. The motion is GRANTED.  Plaintiffs may file a motion for default judgment and permanent injunction that does not exceed 8,700 words.

Dated this 30th day of May, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION TO FILE OVER-LENGTH MOTION - 1