# United States District Court
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DZMITRY KITSENKA, *et al.*,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:22-cv-01574-RSL |

___　**Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　Judgment is entered against defendants Dzmitry Kitsenka, Maryia Kitsenka, Umut Can Kirman, Ibrahim Emre Durmusoglu, Maryia Lukashevich, Roman Vyrski, Hanna Volkava, and Maria Muryna, and in favor of plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and the Gillette Company LLC as follows:

　　(1) "Plaintiffs' Ex Parte Motion for Default Judgment and Permanent Injunction"
　　　　(Dkt. No. 44) is GRANTED.  The Amazon plaintiffs' claim for false advertising is
　　　　DISMISSED without prejudice.

(2) Gillette is awarded statutory damages in the amount of three times the aggregate sales of counterfeit products from each defendants' respective Amazon Selling Account(s) as follows:
- $5,589 against defendant Hanna Volkava for counterfeit sales from the Best-FBA-Store Selling Account;
- $97,233 against defendants Ibrahim Emre Durmusoglu and Dzmitry Kitsenka, jointly and severally, for counterfeit sales from the IED Store LLC Selling Account;
- $41,817 against defendant Umut Can Kirman for counterfeit sales from the KirmanLLC Selling Account;
- $50,025 against defendant Roman Vyrski for counterfeit sales from the M3 Turbo Selling Account;
- $82,683 against defendant Maria Muryna for counterfeit sales from the MarMur Selling Account;
- $10,923 against defendants Maryia Muryna and Maryia Kitsenka, jointly and severally, for counterfeit sales from the MaryBY Selling Account; and
- $31,170 against defendants Maryia Lukashevich and Maryia Kitsenka, jointly and severally, for counterfeit sales from the MegaStorBY Selling Account.

(3) The Amazon plaintiffs are awarded actual damages for defendants' breach of contract as follows:
- $11,197 against defendant Umut Can Kirman for Amazon's damages arising from the counterfeit sales from the KirmanLLC Selling Account; and
- $25,916 against defendants Ibrahim Emre Durmusoglu and Dzimitry Kitsenka, jointly and severally, for Amazon's damages arising from the counterfeit sales from the IED Store LLC Selling Account.

(4) Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of this order, are PERMANENTLY ENJOINED AND RESTRAINED from:

    a. selling counterfeit or infringing products in Amazon's stores;

    b. selling counterfeit or infringing products to Amazon or any Amazon affiliate;

    c. manufacturing, importing, distributing, offering to sell, or selling any product using Gillette's brand or trademarks, or which otherwise infringes Gillette's intellectual property, in any store or in any medium; and

    d. assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities listed in (a) through (c) above.

DATED this 21st day of June, 2024.

                      RAVI SUBRAMANIAN,
                      Clerk of the Court

                      By:   */s/ Victoria Ericksen*
                           Deputy Clerk